AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

VERNELL RAY EVANS,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:04-CV-00562-ECR-VPC**

E.K. McDANIEL, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.


   March 17, 2008                                   **LANCE S. WILSON**
                                                           Clerk


                                                      /s/ Katie Lynn Ogden
                                                           Deputy Clerk